**Denied and Opinion Filed November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01307-CV

### IN RE BARRY BRAY, AS NEXT FRIEND FOR JOHN DOE, A MINOR, Relator

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-014201**

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Stoddart
Opinion by Justice Brown

Before the Court are relator's November 4, 2016 petition for writ of mandamus and motion for expedited consideration or interim relief. The facts and issues are well known to the parties, so we need not recount them herein.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

Accordingly, we deny relator's petition for writ of mandamus and we deny the motion as moot.

/Ada Brown/
ADA BROWN
JUSTICE

161307F.P05